# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 20-3709

_____

George T. Kelly, III, Individually and on behalf of all others similarly situated; Thomas Boogher, individually and on behalf of all others similarly situated

Plaintiffs - Appellees

v.

The Aliera Companies, Inc., formerly known as Aliera Healthcare, Inc., a Delaware corporation

Defendant

Trinity Healthshare, Inc., a Delaware corporation

Defendant - Appellant

_____

Appeal from U.S. District Court for the Western District of Missouri - Joplin
(3:20-cv-05038-MDH)

_____

**JUDGMENT**

Pursuant to this court's order of December 22, 2021, this appeal is dismissed for failure

to prosecute.

Mandate shall issue forthwith.

January 13, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Michael E. Gans